STATE v. ELIJAH CAMPBELL

No. 6917SC104

(Filed 5 February 1969)

APPEAL by defendant from *Beal, S.J.,* 14 October 1968, Criminal Session, ROCKINGHAM Superior Court.

The defendant was charged in a valid bill of indictment with the felony of prison escape. The defendant voluntarily and understandingly waived the appointment of an attorney to represent him and appeared without an attorney.

The defendant freely, voluntarily, and understandingly entered a plea of guilty.

This all occurred in open court 16 October 1968, and the defendant was sentenced to a term of one year in the Rockingham County common jail to be assigned to the North Carolina Department of Correction. On 18 October 1968 the defendant wrote to the clerk of court in Rockingham County giving notice of appeal.

An attorney was appointed to perfect the appeal and to represent the defendant on the appeal.

*Attorney General Robert Morgan and Deputy Attorney General Harry W. McGalliard for the State.*

*Benjamin R. Wrenn, Court-Appointed Attorney, for defendant appellant.*

CAMPBELL, J.

This is another typical case where the system breaks down. The defendant, without expense to himself, has called upon the taxpayers to furnish him with an attorney to present this matter to this Court. This attorney has reviewed the proceedings and, after such review, has filed a brief in which he frankly states that he finds no errors. The Attorney General has reviewed the record on appeal and agrees with the defense counsel that no prejudicial error has been made to appear.

We, likewise, have reviewed the record on appeal, and we conclude that no error has been made to appear. Compare with *State v. Fowler,* 3 N.C. App. 232, 164 S.E. 2d 387.

Affirmed.

BROCK and MORRIS, JJ., concur.